UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA CARRIE ROGERS,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>          Defendants. | No. 2:24-cv-00475-TLN-CKD<br><br>**ORDER** |

On June 06, 2025, the magistrate judge filed findings and recommendations (ECF No. 58), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  On June 12, 2025, Plaintiff Paula Carrie Rogers ("Plaintiff") filed objections to the findings and recommendations.  (ECF No. 59.)  On June 18, 2025, Defendant City of Elk Grove filed a reply to the objections. (ECF No. 60.) On June 24, 2025, Plaintiff filed a response to the reply. (ECF No. 61.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 58) are ADOPTED IN FULL;

2. Defendants City of Elk Grove, Bobby Davis, Tine Durham, and Tish Smith's ("City

1

Defendants") Motion to Dismiss (ECF No. 53) is granted and Plaintiff's claims are dismissed without leave to amend.

IT IS SO ORDERED.

Date: July 2, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE