1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    PAULA CARRIE ROGERS,                    No.  2:24-cv-00475-TLN-CKD (PS)

12              Plaintiff,

13         v.                                 ORDER

14    COUNTY OF SACRAMENTO, et al.,

15              Defendants.

16

17

18         Proceeding pro se, plaintiff initiated this action on February 15, 2024, against Defendants

19  County of Sacramento, Bobby Davis, Tina Durham, Tisha Smith, and City of Elk Grove. (ECF

20  No. 1.) Defendants County of Sacramento, Bobby Davis, Tisha Smith, and City of Elk Grove

21  have been dismissed from the case. (ECF Nos. 45, 50, 58, 62.) Defendant Tina Durham is the

22  only remaining defendant in this case, and she has answered the complaint. (ECF No. 66.)

23         Accordingly, within 30 days from the date of this order, the parties shall meet, in person

24  or by telephone, as required by Federal Rule of Civil Procedure 26. Within 7 days after the

25  parties' Rule 26 meeting, the parties shall file a Joint Status Report[1] for the purpose of the court's

26  entry of a pretrial scheduling order. The joint status report shall address the relevant portions of

27

28  _____

[1] If the parties are unable to file a joint status report, they may file separate status reports.

1    Local Rule 240(a).

2            In accordance with the above, IT IS HEREBY ORDERED as follows:

3            1.  Within 30 days from the date of this order, the parties shall meet, in person or by

4    telephone, as required by Federal Rule of Civil Procedure 26.

5            2.  Within 7 days after the parties' Rule 26 discussion, the parties shall file a joint status

6    report and request for hearing before the Magistrate Judge for the purpose of entry of a pretrial

7    scheduling order. The report shall address the following matters:

8                    a. Service of process;

9                    b. Possible joinder of additional parties;

10                   c. Any expected or desired amendment of the pleadings;

11                   d. Jurisdiction and venue;

12                   e. Anticipated motions and their scheduling;

13                   f. The report required by Federal Rule of Civil Procedure 26 outlining the

14   proposed discovery plan and its scheduling, including disclosure of expert witnesses;

15                   g. Future proceedings, including setting appropriate cut−off dates for discovery

16   and law and motion, and the scheduling of a pretrial conference and trial;

17                   h. Special procedures, if any;

18                   i. Estimated trial time;

19                   j. Modification of standard pretrial procedures specified by the rules due to the

20   simplicity or complexity of the proceedings;

21                   k. Whether the case is related to any other cases, including bankruptcy;

22                   l. Whether a settlement conference should be scheduled before another Magistrate

23   Judge;

24                   m. The parties' positions with respect to Voluntary Dispute Resolution (VDRP)

25   under Local Rule 271(d); and

26   /////

27   /////

28   /////

2

n. Any other matters that may add to the just and expeditious disposition of this matter.

Dated:  October 10, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, roge.0475.24